UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN MARTINEZ,<br><br>    Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Case No. 1:21-cv-01231-EPG<br><br>ORDER FOR PLAINTIFF TO SHOW CAUSE OR FILE MOTION FOR SUMMARY JUDGMENT<br><br>(ECF No. 10) |

       On August 13, 2021, Plaintiff Martin Martinez, proceeding *pro se*, filed a complaint for judicial review of an unfavorable decision by the Commissioner of the Social Security Administration regarding Plaintiff's application for disability insurance benefits. (ECF No. 1). On August 16, 2021, this Court entered an order staying the case and a scheduling order. (ECF Nos. 3, 5).

       On February 24, 2022, Defendant filed the certified administrative record. (ECF No. 9). On February 28, 2022, the Court entered a minute order lifting the stay and directing Plaintiff to file a motion for summary judgment, as required by the scheduling order, within forty-five days of the date the administrative record was served. (ECF Nos. 5, 10). To date, Plaintiff has failed to do so, and the deadline has since expired.

       Accordingly, Plaintiff is ORDERED to show cause why this action should not be dismissed, without prejudice, for failure to prosecute and comply with a court order pursuant to

Federal Rule of Civil Procedure 41(b). Plaintiff shall file, no later than May 25, 2022, a response to this order to show cause demonstrating that Plaintiff has good cause for failing to file a motion for summary judgment, or, alternatively, may instead file a motion for summary judgment by May 25, 2022. Failure to comply with this order may result in the dismissal of this case.

IT IS SO ORDERED.

Dated: __**April 25, 2022**__               /s/ Erica P. Grosjean
                                   UNITED STATES MAGISTRATE JUDGE