UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN MARTINEZ,<br><br>    Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Case No.   1:21-cv-01231-EPG<br><br>ORDER VACATING ORDER TO SHOW CAUSE AND EXTENDING DEADLINE TO FILE MOTION FOR SUMMARY JUDGMENT<br><br>(ECF Nos. 11, 12) |

On August 13, 2021, Plaintiff Martin Martinez, proceeding *pro se*, filed a complaint for judicial review of an unfavorable decision by the Commissioner of the Social Security Administration regarding Plaintiff's application for disability insurance benefits. (ECF No. 1). After Plaintiff failed to timely file a motion for summary judgment, the Court issued an order for Plaintiff to show cause for this failure or to file a motion for summary judgment by May 25, 2022. (ECF No. 11).

On May 25, 2022, Plaintiff filed a document labeled as a "motion for summary judgment," stating that Plaintiff "would like to continue this case" and "was a victim of a hit and run" and has been "dealing with hospitalization, doctors visits, physical therapy, etc." (ECF No. 12). Additionally, Plaintiff apologizes for not responding sooner.

Accepting Plaintiff's representations as true, the Court finds good cause to discharge the order to show cause and will grant an extension of the deadline for Plaintiff to file a motion for

summary judgment.

Accordingly, IT IS ORDERED as follows:

1. The Court discharges the April 25, 2022 order to show cause. (ECF No. 11).
2. Plaintiff shall file, no later than June 27, 2022, a motion for summary judgment. All other deadlines in the Court's scheduling order are extended accordingly.
3. The Clerk is directed to terminate as pending Plaintiff's filing (ECF No. 12), which is labeled as a motion for summary judgment.
4. Failure to comply with this order may result in the dismissal of this case.

IT IS SO ORDERED.

Dated:   **May 26, 2022**                              /s/ Erica P. Grosjean
                                                                   UNITED STATES MAGISTRATE JUDGE

2