UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN MARTINEZ,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Case No. 1:21-cv-01231-EPG<br><br>ORDER EXTENDING DEADLINE TO FILE MOTION FOR SUMMARY JUDGMENT<br><br>(ECF No. 14) |

  On August 13, 2021, Plaintiff Martin Martinez, proceeding *pro se*, filed a complaint for judicial review of an unfavorable decision by the Commissioner of the Social Security Administration regarding Plaintiff's application for disability insurance benefits. (ECF No. 1). Since then, the Court has granted Plaintiff an extension of time to file a motion for summary judgment based on his injury from "a hit and run" and resulting medical treatment. (ECF Nos. 12, 13).

  Plaintiff now moves for an extension of sixty days to file his motion for summary judgment. (ECF No. 14). As grounds, Plaintiff states that he had another surgery recently, was discharged from the hospital, but was informed that he must have another surgery in July 2022.

  Based on Plaintiff's representations, the Court finds good cause to grant an extension of the deadline for Plaintiff to file a motion for summary judgment.

Accordingly, IT IS ORDERED as follows:

1. Plaintiff shall file, no later than August 29, 2022, a motion for summary judgment. All other deadlines in the Court's scheduling order are extended accordingly.
2. Failure to comply with this order may result in the dismissal of this case.

IT IS SO ORDERED.

Dated: __June 29, 2022__         /s/ Erica P. Grosjean
                                 UNITED STATES MAGISTRATE JUDGE