UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN MARTINEZ,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　　Defendant. | Case No.   1:21-cv-01231-EPG<br><br>ORDER EXTENDING DEADLINE TO FILE MOTION FOR SUMMARY JUDGMENT<br><br>(ECF No. 17) |

　　　　On August 13, 2021, Plaintiff Martin Martinez, proceeding *pro se*, filed a complaint for judicial review of an unfavorable decision by the Commissioner of the Social Security Administration regarding Plaintiff's application for disability insurance benefits. (ECF No. 1). Since then, the Court has granted Plaintiff two extensions of time to file a motion for summary judgment based on his need for medical treatment, with such motion being do no later than August 29, 2022. (ECF Nos. 13, 15).

　　　　On August 29, 2022, Plaintiff filed a "request to file my motion for summary judgment," stating, "I'm respectfully asking the Court to move forward and file my request of my Motion for Summary. I am also extremely grateful to the Court for granting my extension due to my medical circumstances." (ECF No. 17) (capitalization altered). It is unclear what Plaintiff intends by this filing. Plaintiff has not attached any motion for summary judgment for the Clerk of Court to file, nor does his filing specifically request an extension of time to such a motion.

In light of the ambiguity presented and Plaintiff's *pro se* status, the Court will grant Plaintiff a brief extension to file a motion for summary judgment.

Accordingly, IT IS ORDERED as follows:

1. Plaintiff shall file, no later than September 16, 2022, a motion for summary judgment. All other deadlines in the Court's scheduling order are extended accordingly.
2. Given that this is the third extension granted for Plaintiff to file a motion for summary judgment, Plaintiff will need to offer compelling reasons to obtain any future extension of time to file his motion for summary judgment.
3. Failure to comply with this order may result in the dismissal of this case.

IT IS SO ORDERED.

Dated:  **August 30, 2022**              /s/ Erica P. Grosjean
                                                  UNITED STATES MAGISTRATE JUDGE