UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN MARTINEZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | Case No.　1:21-cv-01231-EPG<br><br>ORDER REGARDING REMAINING DEADLINES<br><br>(ECF Nos. 5, 22) |

On August 13, 2021, Plaintiff Martin Martinez, proceeding *pro se*, filed a complaint for judicial review of an unfavorable decision by the Commissioner of the Social Security Administration regarding Plaintiff's application for disability benefits. (ECF No. 1). Plaintiff has been given multiple extensions to file his motion for summary judgment, with the final such extension giving him until October 7, 2022, to file his motion. (ECF No. 21). On October 7, 2022, Plaintiff file a motion for summary judgment, containing some argument alleging that he was improperly denied disability benefits. (ECF No. 22).

\\\
\\\
\\\
\\\
\\\
\\\
\\\

Accordingly, IT IS ORDERED that this case proceeds under the remaining deadlines in the Court's scheduling order, with Defendant's responsive filing being due no later than 45 days of Plaintiff's filing of his motion for summary judgment, and any reply by Plaintiff being due within 15 days of Defendant's responsive filing. (*See* ECF No. 5).

IT IS SO ORDERED.

Dated:   **October 11, 2022**            /s/ Erica P. Grosjean
                                          UNITED STATES MAGISTRATE JUDGE